IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SEAN M. CARTER, #267439, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:09-cv-571-TMH |
| ) | [WO] |
| ) | |
| JAY JONES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #35) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #35) of the Magistrate Judge is ADOPTED. It is further

ORDERED that this case is DISMISSED without prejudice due to Plaintiff's abandonment of his claims and failure to prosecute this action.

A separate judgment shall be entered.

Done this 9th day of December, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE